Daniel S. Rodman
Nevada Bar No. 8239
Jay J. Schuttert
Nevada Bar No. 8656
Joshua D. Cools
Nevada Bar No. 11941
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: drodman@swlaw.com
Email: jschuttert@swlaw.com
Email: jcools@swlaw.com

Attorneys for Defendants
NAVISTAR, INC. and
POWELL'S TRUCK & EQUIPMENT, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AHERN RENTALS, INC., a Nevada corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NAVISTAR, INC., a Delaware corporation; POWELL'S TRUCK & EQUIPMENT, INC., a Virginia corporation,<br><br>　　　　　　Defendants. | CASE NO: 2:13-cv-00383-JCM-PAL<br><br>**JOINT NOTICE OF SETTLEMENT** |

　　　　PLEASE TAKE NOTICE that Plaintiff Ahern Rentals, Inc. and Defendants Navistar, Inc. and Powell's Truck & Equipment, Inc. have reached a tentative settlement, of the above matter in

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

its entirety, thereby resolving all remaining claims in this matter.  A stipulation for dismissal with prejudice will be filed once the parties finalize the necessary settlement documents.

DATED this __6th__ day of June, 2014.               DATED this __6th__ day of June, 2014.

SNELL & WILMER L.L.P.                                HUTCHISON & STEFFEN, LLC

By: /s/ Joshua D. Cools                              By: /s/ Timothy R. Koval
    Daniel S. Rodman                                      Kumen L. Taylor
    Nevada Bar No. 8239                                   Nevada Bar No. 10244
    Jay J. Schuttert                                      Timothy R. Koval
    Nevada Bar No. 8656                                   Nevada Bar No. 12014
    Joshua D. Cools                                       Seth D. Oxborrow
    Nevada Bar No. 11941                                  Nevada Bar No. 12844
    3883 Howard Hughes Pkwy., Ste. 1100                   10080 West Alta Drive, Suite 200
    Las Vegas, NV  89169                                  Las Vegas, NV 89145

    Attorneys for Defendants                              Attorneys for Plaintiff
    NAVISTAR, INC. and POWELL'S                           AHERN RENTALS, INC.
    TRUCK & EQUIPMENT, INC.

   **IT IS ORDERED** that counsel shall have until July 11, 2014, to either file a stipulation for dismissal if they have been able to finalize their settlement, or a joint status report indicating when their settlement will be finalized and a stipulation filed.

   **DATED** this 11th day of June, 2014.

_____
Peggy A. Leen
United States Magistrate Judge

- 2 -

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **JOINT NOTICE OF SETTLEMENT** by the method indicated below:

| | | | |
|---|---|---|---|
| XXXXX | CM/ECF | _____ | Overnight Mail |
| XXXXX | U.S. Mail | _____ | Federal Express |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Electronic Service | | |

and addressed to the following:

Kumen L. Taylor, Esq.
Timothy R. Koval, Esq.
Seth D. Oxborrow, Esq.
HUTCHISON & STEFFEN, LLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
Email: ktaylor@hutchlegal.com
Email: tkoval@hutchlegal.com
Email: soxborrow@hutchlegal.com
Attorneys for Plaintiff

DATED this __6th__ day June, 2014.

/s/ Tonya C. Stephenson
An Employee of Snell & Wilmer L.L.P.

19470195