1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

AHERN RENTALS, INC.,

                          Plaintiff,

   v.

NAVISTAR, INC., et al.,

                        Defendants.

Case No. 2:13-cv-00383-JCM-PAL

ORDER

      Pursuant to the Joint Status Report (Dkt. #62) filed July 11, 2014, the parties advised that a stipulation to dismiss would be received by July 25, 2014.  As of this date, the stipulation to dismiss has not been received.  Accordingly,

      **IT IS ORDERED** that:

      1.      The stay in this matter is **LIFTED**.

      2.      The discovery cutoff (**September 16, 2014**) and other deadlines with the Order Extending Discovery (Dkt. #39) apply.

      DATED this 4th day of August, 2014.

                                              PEGGY A. LEEN
                                            UNITED STATES MAGISTRATE JUDGE